CC TO JUDGE __DM__

C01-1246C
Amended complaint

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

ANTHONY EUGENE LEWIS
(Name of Plaintiff)

vs.

Seattle Police dept employees

~~William Gayer~~ #6394 - Unit 432 / ~~Robert~~ Belshay #6460 - Unit 432

~~Sergeant Little~~ #49~~~~ Det. Will Cravens #5285 - Unit 753

~~Columbia towing~~ 7343 M L King Jr Wy S Seattle Washington
(Names of Defendants)

CIVIL RIGHTS COMPLAINT BY A PRISONER UNDER 42 U.S.C. § 1983

I. Previous Lawsuits:

   A. Have you brought any other lawsuits in any federal court in the United States while a prisoner:
      ☒ Yes   ☐ No

   B. If your answer to A is yes, how many?: _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff  ANTHONY E. LEWIS

      Defendants  Clallam Bay Corr. ____

1



CV 01-01246 #00000008

2. Court (give name of District) _____ EAStern/wester, District_____

3. Docket Number _____ NOT Available _____

4. Name of judge to whom case was assigned _____ NOT Available _____

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?) _____ Dismissed without presudice _____

6. Approximate date of filing lawsuit _____ NOT Available _____

7. Approximate date of disposition _____ NOT Available _____

**II. Place of Present Confinement:** King County Jail 500 5th AVE, Seattle, WASH, 98101/

  A. Is there a prisoner grievance procedure available at this institution?   ☑ Yes   ☐ No

  B. Have you filed any grievances concerning the facts relating to this complaint?
  ☐ Yes   ☑ No

  If your answer is NO, explain why not _the issue does not involve KCJ_

  C. Is the grievance process completed?   ☐ Yes   ☐ No

  If your answer is YES, **ATTACH A COPY OF THE <u>FINAL</u> GRIEVANCE RESOLUTION** for any grievance concerning facts relating to this case.

**III. Parties to this Complaint**

  A. Name of Plaintiff: _ANTHONY ELLIW_   Inmate No.: _2001___

  Address: _King County Jail, 500 5th AVE Seattle, WASH, 98104_

  (In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

  B. Defendant _King County/City of Seattle_; official position _____;
  place of employment _State of washington_.

2

C. Additional defendants __King County prosecutors office__

## IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places, and other persons involved. Do not give any legal arguments or cite any cases or statutes. If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

3

## V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Plaintiff seeks the court to Order return of plaintiffs vehicle & belongings wthin ten plaintiff vehicle from the day plaintiffs vehicle was seized on 9-18-00 & if by unfortunate injury toward plaintiffs relief from mismanagement by fault on behalf of any or all defendants listed in part with plaintiff's complaint for failure to produce plaintiffs vehicle. Plaintiff seeks the court then to Order plaintiff to receives punitive damages in the amount that plaintiff would be willing to entertain settlement proposals, if, plaintiff thought that a settlement in this case would address the problems that plaintiff identified as basis of plaintiffs Action & would prevent the recurrence of such Action in the future.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __3__ day of __OCTOBER__, __2001__

_____
(Signature of Plaintiff)

4

-1-

On 9-18-00 Plaintiffs 1978 Biege Cadillac Coupe deville (641-LHH) (V-I-N #6D4758Q162111) was legally parked facing west on the 1700 Block S. Angeline. Plaintiffs vehicle was officially seized by on scene Seattle police dept. Officers (William Guyer #6394 - unit 432) (Robert Belshay #6460 - unit 432) (Sergeant Liggins, L #4950, for seizure by Columbia towing agency for transport to the S-P-D processing room at 2203 Airport Wy S., for fingerprints S-P-D, vehicle report was personally filled out by (William Guyer #6394 unit 432) from his own court testimony during trial, in which he filled out a vehicle report on Plaintiffs car as vehichle (used) by suspect in two burglaries in the 1700 block of S. Angeline St & the reason for hold was for (fingerprints) Detectives/information/source when asked by defense attorney Kim Exe from Society Counsel representing accused persons (scrap) on 3-27-01 questioned officer Guyer on trial whether or not anything of evidentiary value was taken from the vehicle (Plaintiffs vehicle) officer guyer answered under oath as a Seattle police officer, for the city of Seattle, king county, state of washington, answered (correct) when kim asked him (You didnt remove anything from the vehicle or place anything into evidence there, is that correct? Officer Guyer #6394 - unit 432 answered correct.

Officer Guyer also wrote in his own police report 9/18/00 (I followed columbia towing to the processing lot where the vehicle was secured.)

Officer (Robert Belshay #6460 - unit 432) wrote from his own police report 9/18/00 states (I along with my partner (William Guyer #6394 - unit 432) followed the suspects vehicle as it was towed to the S-P-D processing room at 2203 Airport Wy S. officer belshay list his name on the vehicle report in support as investigating officer for transport of vehicle.

Sgt. Liggins, L #4950 - unit 423, wrote from his own report 9/18/00 Officer guyer also pointed to a yellow cadillac which was parked just west of & across the street from 1735 S. Angeline St. He informed me that this vehicle was possibly suspect Lewis' vehicle. I took a photo of the vehicle.) Sgt. Liggins is the approving officer for columbia towing to seize plaintiffs vehicle.

Det. Will cravens (5284 - unit 763), officially working for the Seattle police Dept, for the city of seattle, king county, state of washington, received the case for review & for additional follow up investigation from 9-18-00 & from a S-P-D report 9-18-00 states (Det. Cravens responded to the columbia tow lot & examined the suspect veh. further more

(1+3)

Det. Cravens, own testimony during plaintiffs retrial 6-27-01, when interviewed by defense attorney Andy Simons from public defenders Association, Det. Cravens stated he (found no evidence of any stolen property) in Plaintiff 1978 Biege coupe deville (641-LHH)(V-I-N# 6D4758Q1211) who's entire role was to investigate suspects vehicle & authorize it's release. My civil rights complaint is based upon facts that Seattle police employees, the King county prosecutors office and Columbia towing employees, as a whole unit for seizures & forfeitures, as well, in conjuction acting together under prosecutorial authority, for the city of seattle, king county & state of washington color of law, failure to officially supply a written or a typed notice of a return of property letter of disposition, of plaintiff car, personally to me the defendant Anthony E. Lewis, as well as the plaintiff filing this civil rights complaint Anthony E. Lewis, who has been here in king county jail facility, 500 5th Ave, seattle, wash, 98104, since my arrest 9-18-00 seizer and or forfeiture of my vehicle, through columbia towing, as instrumentalities used to facilitate commission of crime, or the same disposition letter to my assigned attorneys of record at any time, who were each appointed counsels at seperate time being 1st todd Greuwinhagen / 2nd Kim EXE & 3rd Andy simons, in order to notify me and or those counsel, that upon finding no evidentiary stolen property inside the Plaintiffs vehicle, the vehicle was subject to seizure of forfeiture statute or release pending this outcome of investigation for the initial reason for the Seattle police investigators & Columbia towing, seizure of plaintiffs vehicle for king county prosecutors office to prosecute as evidence. I was not substantially & procedurally afforded state seizure & forfeiture due process, by seattle police employees, king county prosecutors office nor columbia towing, by letter knowing how long plaintiff car would be held for investigation, nor was I personally afforded a notice of letter concerning the completion of plaintiff car being investigated, or, disposition of forfeiture of plaintiff car, or, to be allowed return of plaintiffs car due to the investigation being complete after taking finger prints & upon finding no evidentiary stolen property in plaintiff car. As the reason for plaintiff car being seized & held on hold by columbia towing for seattle police investigators & king county prosecutors office for evidence & authorization for release. As of the filing of this claim since 9-18-00, & the disposition of plaintiff 6-27-01 re-trial, possible release, plaintiff vehicle is being held under prosecutorial authority by the seattle police

(2-3)

Detectives & king county prosecuting offices to prosecute as evidence against plaintiff, as vehicle alleged used in a commission of a crime. If infact plaintiffs car is no longer being held under investigation, plaintiff was not personally notified upon the disposition of plaintiff car being released from investigation, & where infact plaintiff car has been released or further being kept or returned to plaintiff Anthony E. LEWIS, being plaintiff is the sole registered licensed owner, currently in king county Jail facility, since 9-18-00.

Plaintiff personally purchased the car with 75000 miles as a second owner for $2,700 from an Aurora Auto Cadillac dealership, Plaintiff had dual exhaust installed upon the car at Buckley's mufflers exhaust for $500, located across from midway drive-in, on pac highway. I had installed a $2000 stereo & car alarm system at earleys on pac hwy.

Inside plaintiff car was a total of 500 CD's totaling $4000 in value, along with various clothes belonging to plaintiff who lived at the time within the vehicle & all plaintiff belonging of value of everything Plaintiff owned, such as receipts, family pictures presents during the origin of Plaintiff family generation before plaintiff birth, along with Plaintiff wallet & birth certificates, Id is a total of $2500. The seattle police Detectives & king county prosecuting offices Columbia towing are responsible from 9-18-00 seizing plaintiff & is protecting not only the vehicle itself but everything on & within the vehicle as well, & to the date of this claim are still liable for protecting not only plaintiff vehicle & plaintiffs civil rights for return ownership of his vehicle, once the is investigation is complete. Plaintiff alleges being violated to not receive substantive and procedural due process concerning the proper seizure & forfeiture of plaintiff 1978 Cadillac coupe de vill, by defendants.

The (city of seattle) (king county) of (state of washington) each intitie serves as a governing jurisdiction policy to protect plaintiff under 5th and 14th Amendment constitutional rights from being deprived due process of law, arising from seattle police detectives, king county prosecutors office columbia towing, Acting under prosecutorial jurisdiction & conduct on behalf of the state of washington city of seattle the king county customs policy under the seizure & forfeiture statute.

(3-3)

# Seattle Police Department — VEHICLE REPORT

| Field | Value |
|---|---|
| INCIDENT NUMBER | 00-437752 |
| DATE AND TIME REPORTED | 9/15/00 1220 |
| NON SPD NUMBER/AGENCY | |

**REPORT:** ☒ IMPOUND
**OF:** ☒ VEHICLE
**DISPOSITION:** ☒ PROCESSING ROOM
**ARREST?** ☒ YES ☐ NO — ☒ OTHER CRIME: Burglary
**COMPLAINANT IDENTIFICATION:** ☒ NOT DISCUSSED

| Field | Value |
|---|---|
| LICENSE NUMBER | 641 LHH |
| STATE | WA |
| REGISTRATION YEAR | 1/2000 |
| VEHICLE IDENTIFICATION | 6D4758Q168211 |
| VEH. YEAR | 1978 |
| VEH. MAKE | Cadillac |
| MODEL | Dev CP |
| COLOR(S) | TAN |
| CENSUS | 104 |
| SECTOR/BEAT | R3 |

**REPORTED BY:** SPD ON VIEW
**REGISTERED OWNER:** Lewis, Anthony E — 1900 23rd Av S. Seattle, WA
**LEGAL OWNER OR LIEN HOLDER:** Same

**SUMMARY OF THEFT AND/OR RECOVERY:** Vehicle used by suspect in two burglaries in the 1700 block of S. Angeline St.

## Suspect

| Field | Value |
|---|---|
| SUSPECT NAME | Lewis, Anthony E |
| RACE | B |
| SEX | M |
| DOB | 10-27-69 |
| HEIGHT | 508 |
| WEIGHT | 160 |
| BUILD | MUSC |
| COMPL | DRK |
| HAIR | BLK |
| EYES | BRO |
| ADDRESS | 1900 23 AV S |
| CHARGE | BURGLARY |

## Recovery

| Field | Value |
|---|---|
| DATE & TIME OF RECOVERY/IMPOUND | 9/15/00 1300 |
| ADDRESS OF RECOVERY/IMPOUND | 1700 Block S. Angeline St |
| CENSUS | 104 |
| SECTOR/BEAT | R3 |
| HOLD FOR INVESTIGATION AND RELEASE BY | Burglary Detectives |
| REASON FOR HOLD/INVESTIGATION | Suspects vehicle · Fingerprint |
| CONDITION | ☒ UNDAMAGED |

**NOTICE OF IMPOUND GIVEN TO:** Columbia
**TIME IMPOUND REQUESTED:** 1300
**TIME TOW TRUCK ARRIVED:** 1340

**INVESTIGATION OFFICER:** B. Guyer 6394 432
**INVESTIGATION OFFICER:** B. Belshin 6460 432
**INCIDENT NUMBER:** 00-437752





ABANDON HOUSE



